# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**UYEN LE,**
Appellant,

v.

**AMERICAN EXPRESS NATIONAL BANK** and
**DIVA-PERFECT 10 NAIL SPA INC.,**
Appellees.

No. 4D19-137

[June 26, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502018CA001527XXXXMB.

Uyen Le, Lake Worth, pro se.

Zoran D. Jovanovich of Zwicker & Associates, P.C., Deerfield Beach, for appellee American Express National Bank.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GERBER, C.J., GROSS and TAYLOR, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***